UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 22-916-JGB (KKx)** | Date | May 12, 2023 |
| Title | *Rebecca Stone, et al. v. Desiree Renee Walker* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| RACHEL MAURICE | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER for Defendant and Defendant's Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File a Confidential Settlement Conference Statement

     On December 1, 2022, this matter was referred to the assigned Magistrate Judge for a settlement conference to be completed no later than August 28, 2023.  ECF Docket No. ("Dkt.") 28.  On February 28, 2023, the Court issued an Order Regarding Settlement Conference, scheduling the settlement conference for May 18, 2023, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference. Dkt. 29.

     The parties' confidential settlement briefs were, thus, due on May 11, 2023.  On May 10, 2023, Plaintiffs Rebecca Stone and Carlos Antonio Walker ("Plaintiffs") submitted a confidential settlement brief.  The Court, however, still has not received a Confidential Settlement Conference Statement from Defendant Desiree Renee Walker ("Defendant").

     The Court, therefore, ORDERS Defendant and Defendant's counsel Michael Devereaux of Wexford Law to show cause why they should not be sanctioned in the amount of $500 each for their failure to comply with the Court's order.  Defendant and Defendant's counsel shall respond in writing to this Order to Show Cause **no later than Tuesday, May 16, 2023**.

     In addition, the parties are cautioned the settlement conference scheduled for May 18, 2023 may be vacated.

     **IT IS SO ORDERED.**

cc: Honorable Jesus G. Bernal