THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA STONE AND CARLOS ANTONIO WALKER,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DESIREE RENEE WALKER a/k/a DESIREE RENEE SANTOS,<br><br>　　　　　　　　　Defendant. | Case No.: EDCV 22-916-JGB-KKx<br><br>**ORDER** |

**HAVING SHOWN GOOD CAUSE:**

The Court hereby Orders that the settlement conference deadline is set to 9/29/2023,

And the new discovery cut-off date is set to 10/30/2023.

Dated: August 10, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　US. District Court Judge